**Opinion issued January 31, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00536-CV

————————————

**SHARON L. HILL, Appellant**

**V.**

**TEXAS DEPARTMENT OF STATE HEALTH SYSTEM, Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 0854165**

---

### MEMORANDUM OPINION

Appellant, Sharon L. Hill, has neither paid the required filing fee for this appeal nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by

statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (West Supp. 2012), § 51.941(a) (West 2005), § 101.041 (West Supp. 2012) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). The filing fee was due on June 22, 2012. After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Higley and Brown.